Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
RICHARD S. LINKERT, ESQ. (SBN 88756)
MADISON M. SIMMONS, ESQ. (SBN 292185)
3638 American River Drive
Sacramento, California 95864
Telephone:    (916) 978-3434
Facsimile:     (916) 978-3430
E-mail:         rlinkert@mathenysears.com
                    msimmons@mathenysears.com

*Exempt from filing fees per Gov. Code § 6103*

Attorneys for Defendant, SACRAMENTO CITY UNIFIED SCHOOL DISTRICT

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DUSTIN WATSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.  2:22-cv-00679-KJM-AC<br><br>**NOTICE OF MOTION OF DEFENDANT SACRAMENTO CITY UNIFIED SCHOOL DISTRICT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [FRCP 12(b)(6)]**<br><br>Hearing Date: September 9, 2022<br>Time:              10:00 a.m.<br>Location:       Courtroom 3<br>Judge:            Hon. Kimberly J. Mueller<br><br>Complaint Filed: April 18, 2022 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on September 9, 2022, at 10:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court, Defendant SACRAMENTO CITY UNIFIED SCHOOL DISTRICT will move to dismiss each and every claim against them.

Defendant's Motion to Dismiss will be based upon the authority granted in Federal Rules of Civil Procedure, Rule 12(b)(6) and based on the following grounds:

That the sole claim under 42 U.S.C. section 1983 for violation of First Amendment rights to free speech and freedom of association be dismissed on the ground of Eleventh Amendment

1

*NOTICE OF MOTION OF DEFENDANT SACRAMENTO CITY UNIFIED SCHOOL DISTRICT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [FRCP 12(b)(6)]*

immunity.  Belanger v. Madera Unified Sch. Dist., 963 F.2d 248 (9th Cir. 1992).

This Motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Madison M. Simmons and its corresponding exhibits, and on the papers and records on file herein, and on such oral and documentary evidence as may be presented at the hearing of this motion.

Dated: August 2, 2022                                  **MATHENY SEARS LINKERT & JAIME, LLP**

By: */s/ Madison M. Simmons*
RICHARD S. LINKERT, ESQ.
MADISON M. SIMMONS, ESQ.
Attorneys for Defendant, SACRAMENTO CITY UNIFIED SCHOOL DISTRICT